[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 09, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-10889
Non-Argument Calendar

_____

D. C. Docket No. 05-00276-CR-T-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUMBERTO PACHECO-NUNEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 9, 2007)**

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

Scott Kalisch, counsel for Humberto Pacheco-Nunez, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pacheco-Nunez's conviction and sentence are **AFFIRMED**.